# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER REYES, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESONETICS, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:23-cv-01552-RBM-BJC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF ACTION**<br><br>**[Doc. 30]** |

On December 20, 2024, Plaintiff Jennifer Reyes and Defendant Resonetics, LLC (collectively, the "Parties") filed a Stipulated Request for Dismissal of Action ("Joint Motion"). (Doc. 30.) In their Joint Motion, the Parties stipulated that "the entire above captioned action be dismissed without prejudice." (*Id.* at 3.)

"Rule 41(a)(1)[(A)] allows a plaintiff to 'dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.'" *Dougan v. Centerplate, Inc.*, Case No. 22-CV-1496 JLS (SBC), 2023 WL 8604152, at *2 (S.D. Cal. Dec. 12, 2023) (citing Fed. R. Civ. P. 41(a)(1)(A)). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a

stipulation of dismissal is effective automatically and does not require judicial approval." *Santos v. Quebecor World Long Term Disability Plan*, Case No. 1:08-CV-565 AWI GSA, 2009 WL 3789214, at *1 (E.D. Cal. Nov. 10, 2009) (quotation omitted).

Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Parties' Joint Motion is **GRANTED**, and this entire action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATE: January 3, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE